**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT L. HOLLAND, | No. C 10-2140 SI (pr) |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR AMENDED COMPLAINT** |
| v. | |
| M.S. EVANS, warden; et al., | |
| Defendants. | |

On September 1, 2010, the court issued an Order Of Dismissal With Leave To Amend and served it on plaintiff at his then-current address in Murrieta, California. On the same day, the court received a notice of change of address indicating he had relocated to an address in Coalinga, California. The order mailed to the Murrieta address later was returned to the court undelivered. It appears that the order never reached plaintiff due to the address change. Accordingly, the court will send the order again and set a new deadline for plaintiff to file his amended complaint.

The clerk shall mail to plaintiff at his current address a copy of the September 1, 2010 Order Of Dismissal With Leave To Amend. No later than **November 19, 2010**, plaintiff must file an amended complaint. Failure to file the amended complaint by the deadline will result in the dismissal of the contraband watch claim.

If plaintiff has an institutional inmate number, he must write that as part of his address on all further filings in order to expedite delivery of mail to him.

IT IS SO ORDERED.

Dated: October 25, 2010

_____
SUSAN ILLSTON
United States District Judge